**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 22, 2026

_____

RESPONSE REQUESTED

_____

No. 26-1878,    <u>US v. Jared DeMarinis</u>
                1:25-cv-03934-SAG

TO:    Out for Justice, Inc.
       Carl  Snowden
       Maryland/DC Alliance for Retired Americans
       Common Cause
       Jared  DeMarinis
       Myriam  Paul
       Luis  Sims

RESPONSE DUE: 07/28/2026, no later than 5 p.m.

Response is required to the emergency motion to expedite appeal on or before
07/28/2026, no later than 5 p.m.

M. Powers, Deputy Clerk
804-916-2702