FILED: August 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1878
(1:25-cv-03934-SAG)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland

   Defendant - Appellee

and

MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS; COMMON CAUSE; OUT FOR JUSTICE, INC.; CARL SNOWDEN; MYRIAM PAUL; LUIS SIMS

   Intervenors/Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion to expedite

the decision, the court denies the motion. Further, the court orders that the clerk shall continue with the briefing and argument schedule in the normal course.

For the Court

/s/ Nwamaka Anowi, Clerk