**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 14, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-1878, US v. Jared DeMarinis
1:25-cv-03934-SAG

TO: United States of America

BRIEF OR JOINT APPENDIX CORRECTION DUE: August 19, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[ X ] Appendix cover does not contain names, addresses, phone numbers of counsel on both sides of case.

---

M. Powers, Deputy Clerk
804-916-2702