**No. 26-1878**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

JARED DEMARINIS,

*Defendant-Appellee*,

COMMON CAUSE, et al.,
*Defendants-Intervenors-Appellees*

---

On Appeal from the United States District Court
for the District of Maryland
Case No. 1:25-cv-3934-SAG

---

**UNOPPOSED MOTION OF DEFENDANTS-INTERVENORS-APPELLEES COMMON CAUSE, OUT FOR JUSTICE, INC., CARL SNOWDEN, MYRIAM PAUL, AND LUIS SIMS FOR LEAVE TO FILE SEPARATE APPELLEE BRIEF**

---

Pursuant to Local Rule 12(e), Defendants-Intervenors-Appellees Common Cause, Out for Justice, Inc., Carl Snowden, Myriam Paul, and Luis Sims (the "Common Cause Appellees") seek leave to file a separate merits brief from Appellee Jared DeMarinis of no more than 13,000 words. The Common Cause Appellees have conferred with Appellee DeMarinis, Defendant-Intervenor-Appellee the Maryland/DC Alliance for Retired Americans, and Appellant United States, all of whom consent to the motion. If this Motion is granted, the Common Cause Appellees will file their brief in accordance with this Court's briefing schedule. The Common Cause Appellees are aware of this Court's order at Dkt. 39, but file this Motion out of an abundance of caution in case that order does not apply to them.

This appeal concerns Appellant's unprecedented demand for Maryland's unredacted state voter registration list, which would put the sensitive, personal information of millions of voters at risk. The Common Cause Appellees provide a unique perspective—and have critical interests at stake—in this case for three main reasons. *First*, and principally, they represent the only named individual Maryland voters in his lawsuit, whose rights to vote and privacy are most at risk in this litigation. These three Maryland voters also fall within several categories of particularly vulnerable voters identified in Appellant's demands to Maryland, including voters with felony convictions, naturalized citizens, and voters who have previously been

subject to federal government surveillance. JA65–JA77. The Common Cause Appellees also represent the only voting rights organization in this lawsuit—a nonpartisan, nonprofit organization whose rights, and the rights of its more-than 18,000 Maryland members, are gravely threatened. JA54–JA58.

*Second*, Common Cause has successfully intervened as defendants on behalf of itself and its members in 14 of Appellant's cookie-cutter lawsuits seeking the unredacted voter files from states across the country—including in litigation in Virginia, another state in the Fourth Circuit. Common Cause has helped secure dismissals in 12 of those cases, with two others currently pending. For both itself as an organization and its members, Common Cause has a vested interest in the development of law not just in Maryland, but in states and judicial circuits across the country.

*Third*, the Common Cause Appellees have at times pressed different arguments than Appellee DeMarinis. For example, the Common Cause Appellees have argued that Appellant's requested relief for Maryland's *unredacted* voter file is invalid because this Court and others have stated that redaction is permitted—and sometimes affirmatively required—to avoid infringing on the constitutional right to vote. *See* Dist. Ct. Dkt. 43 at 19–22.

## CONCLUSION

For the foregoing reasons, this Court should grant the Common Cause Appellees' unopposed motion for leave to file a separate merits brief.

Dated: September 22, 2026

Respectfully submitted,

/s/ Jonathan Topaz
Jonathan Topaz
Theresa J. Lee
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
jtopaz@aclu.org
tlee@aclu.org
slakin@aclu.org

Deborah A. Jeon
Dara Johnson
AMERICAN CIVIL LIBERTIES
UNION OF MARYLAND
3600 Clipper Mill Road
Suite 200
Baltimore, MD 21211
Tel. 410-889-8555
jeon@aclu-md.org
djohnson@aclu-md.org

*Attorneys for Defendants-Intervenors-Appellees Common Cause, Out for Justice, Inc., Carl Snowden, Myriam Paul, and Luis Sims*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with the requirements of Federal Rules of Appellate Procedure 27 and 32 because, excluding the parts of the document exempted under those Rules, this brief contains 446 words. This brief further complies with the typeface and type-style requirements set out under Rules 27 and 32 because it was prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 13-point Century Schoolbook Font.

Dated: September 22, 2026

Respectfully submitted,

/s/ *Jonathan Topaz*
Jonathan Topaz

*Attorney for Defendants-Intervenors-Appellees Common Cause, Out for Justice, Inc., Carl Snowden, Myriam Paul, and Luis Sims*