FILED: September 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1878
(1:25-cv-03934-SAG)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland

Defendant - Appellee

and

MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS; COMMON CAUSE; OUT FOR JUSTICE, INC.; CARL SNOWDEN; MYRIAM PAUL; LUIS SIMS

Intervenors/Defendants - Appellees

------------------------------

LIBERTY LEGAL FOUNDATION

Amicus Supporting Appellant

CORRECTED ORDER

The court grants leave for appellee and intervenors to file separate briefs, and the combined length of which do not exceed the length limitations established by the Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk