**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 1, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-1878, US v. Jared DeMarinis
1:25-cv-03934-SAG

TO: Myriam Paul
Luis Sims
Out for Justice, Inc.
Carl Snowden
Common Cause

MOTION & ADDENDUM/ATTACHMENT TO RESPONSE BRIEF
DUE: October 6, 2026

Please file the documents identified below by the due date indicated using the appropriate entries.

[ X ] **MOTION / file addendum/attachment**

[ X ] Materials incorrectly submitted as a supplemental appendix. Please refile document as an addendum/attachment to the brief (Loc. R. 28(b)).

M. Powers, Deputy Clerk
804-916-2702