FILED: October 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1878
(1:25-cv-03934-SAG)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland

Defendant - Appellee

and

MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS; COMMON CAUSE; OUT FOR JUSTICE, INC.; CARL SNOWDEN; MYRIAM PAUL; LUIS SIMS

Intervenors/Defendants - Appellees

------------------------------

LIBERTY LEGAL FOUNDATION

Amicus Supporting Appellant

## O R D E R

Common Cause, Out for Justice, Inc., Myriam Paul, Luis Sims and Carl Snowden have filed an attachment to the corrected response brief with the consent of the parties. The court accepts the attachment for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk