FILED: October 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1878
(1:25-cv-03934-SAG)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland

Defendant - Appellee

and

MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS; COMMON CAUSE; OUT FOR JUSTICE, INC.; CARL SNOWDEN; MYRIAM PAUL; LUIS SIMS

Intervenors/Defendants - Appellees

------------------------------

LIBERTY LEGAL FOUNDATION

Amicus Supporting Appellant

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW; NATIONAL URBAN LEAGUE; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; ASIAN LAW CAUCUS; J. MORGAN KOUSSER; ORVILLE VERNON BURTON; JAMES PEYTON MCCRARY; CAMPAIGN LEGAL CENTER; BRENNAN CENTER FOR JUSTICE; FORMER EMPLOYEES OF THE U.S.

DEPARTMENT OF JUSTICE

Amici Supporting Appellee

---

O R D E R

---

Former Employees of the U.S. Department of Justice have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Former Employees of the U.S. Department of Justice are directed to file an appearance form and disclosure statement within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk