## CORPORATE DISCLOSURE STATEMENT

Amici are individuals or government entities. They have no parent corporation, and no publicly held corporation owns any portion of any of them.