**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 14, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-1878, US v. Jared DeMarinis
1:25-cv-03934-SAG

TO:
Out for Justice, Inc.
Carl Snowden
Common Cause
Myriam Paul
Luis Sims

FILING CORRECTION DUE: October 19, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ X ] Incorrect event used. Please refile document using 'supplemental authorities' event.

M. Powers, Deputy Clerk
804-916-2702