ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

**Jonathan Topaz**
Senior Staff Attorney, Voting Rights Project
ACLU National Legal Department

October 14, 2026

Office of the Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**Re: Rule 28(j) Letter Submitted in *United States v. DeMarinis, et al.* (Appeal No. 26-1878)**

Dear Clerk of Court:

Pursuant to Federal Rule of Appellate Procedure 28(j) and Fourth Circuit Rule 28(e), the Common Cause Appellees respectfully submit as supplemental authority the recent decision of the United States District Court for the District of Columbia holding unlawful and vacating the United States Department of Justice's (DOJ) policy of "requesting states' unredacted voter rolls, disclosing the lists to other federal agencies, comparing them against a federal database to identify purportedly ineligible voters, and demanding that states remove voters from their rolls based on the results of those comparisons." *Common Cause v. U.S. Dep't of Justice*, No. 26-1352, 2026 WL 3033772, at *4 (D.D.C. Oct. 9, 2026). The Court granted summary judgment to the plaintiffs because (1) none of the CRA, HAVA, or NVRA "authorize the policy"; (2) "the policy is arbitrary and capricious under the Administrative Procedure Act"; and (3) the policy violates the Privacy Act and Paperwork Production Act. *Id.*

As such, the decision prohibits DOJ not just from procuring statewide voter registration lists (SVRLs) from unwilling states like Maryland, but also from procuring them from states that have *willingly* disclosed them to DOJ. In particular, the Court "join[ed] the unanimous group of district courts that have concluded that the [CRA] does not authorize DOJ's across-the-board demands for SVRLs" because DOJ failed to provide the factual basis for its requests. *Id.* at *24.

The decision in *Common Cause* further counsels in favor of affirmance.

Respectfully submitted,

Jonathan Topaz

cc: All counsel of record, via ECF

125 Broad Street, Floor 18, New York, NY 10004 | jtopaz@aclu.org | (212) 549-2500