**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 26, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 26-1878, US v. Jared DeMarinis
1:25-cv-03934-SAG

TO: United States of America
Jared DeMarinis
Maryland/DC Alliance for Retired Americans
Common Cause
Out for Justice, Inc.
Carl Snowden
Myriam Paul
Luis Sims
Liberty Legal Foundation
Lawyers' Committee for Civil Rights Under Law
National Urban League, League of United Latin American Citizens
Asian Law Caucus
J. Morgan Kousser
Orville Vernon Burton
James Peyton McCrary
Campaign Legal Center
Brennan Center for Justice
Former Employees of the U.S. Department of Justice
Local Election Officials
Local Governments
The Electronic Privacy Information Center
The Democratic National Committee

RESPONSE DUE: 10/29/2026

Response is required to the notice requesting information regarding similar cases on or before 10/29/2026. Please use the following form to submit response:

**Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

M. Powers, Deputy Clerk
804-916-2702