# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: 26-1878, United States v. DeMarinis

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

United States v. Koski (Fourth Circuit Appeal No. 26-2002) and United States v. Warner (Fourth Circuit Appeal No. 26-2262).

These appeals concern application of Title III of the Civil Rights Act of 1960 to the United States' demand of states' unredacted voter registration lists.

Signature: /s/ Jonathan Topaz Counsel for: Common Cause et al.

Date: 10/29/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)