# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: USA v. JARED DEMARINIS et al. - No. 26-1878

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

U.S. v. Koski (26-2002): Application of Title III of the 1960 Civil Rights Act to federal demand for state voter registration list.
U.S. v. Warner (26-2262): Application of Title III of the 1960 Civil Rights Act to federal demand for state voter registration list.

Signature: /s/Gregory A. Clarick Counsel for: Amici Curiae Historians J. Morga

Date: 11/2/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)