# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1878, United States v. Jared DeMarinis

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

United States v. Koski, No. 26-2002 (4th Cir.), and United States v. Warner, No. 26-2262 (4th Cir.), both concern the same issues as this appeal regarding the application of Title III of the Civil Rights Act of 1960 to demands by the United States for states' unredacted voter rolls.

Signature: /s/ Noah B. Bokat-Lindell Counsel for: Former Employees of the U.S. Department of Justice

Date: 11/2/26

**File using event:** RESPONSE/ANSWER (to Similar Case notice)