# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1878, U.S. v. DeMarinis

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

United States v. Koski, No. 26-2002 (4th Cir.), United States v. Warner, No. 26-2262 (4th Cir.). Both matters, like this one, arise from the DOJ's demands for states' complete, unredacted voter rolls.

Signature: /s/ Jim Davy Counsel for: Local Elections Officials

Date: 11/2/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)