# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 26-1878 United States v. DeMarinis

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

United States v. Koski (No. 26-2002) and United States v. Warner (No. 26-2262). Both matters concern application of Title III of the Civil Rights Act of 1960, 52 U.S.C. 20701-05, to demands for states' complete, unredacted voter files.

Signature: /s/ Christopher T. Casamassima Counsel for: Electronic Privacy Information Center

Date: 11/03/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)