# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1878 United States. v. DeMarinis

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

U.S. v. Koski (26-2002) & U.S. v. Warner (26-2262); Application of Title III of the Civil Rights Act to federal demand for state voter registration list.

Signature: /s/ Hassan Ahmad

Counsel for: Lawyers' Committee for Civil Rights Under Law, National Urban League, League of United Latin American Citizens, and Asian Law Caucus

Date: 11/03/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)