**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 4, 2026

---

RULE 46 ADDITIONAL COPIES

---

No. 26-1878, US v. Jared DeMarinis
1:25-cv-03934-SAG

TO: Ronald David Coleman
Hassan Ahmad
Gregory Alan Clarick
Katherine Hamilton
Noah Benjamin Bokat-Lindell
Mairead Clare Ahlbach
Sara Reese Orton
Wilmer Cutler Pickering
Christopher Thomas Casamassima
Daniel Joshua Freeman

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 11/09/2026**

Counsel must file four paper copies of briefs electronically filed in case by the due date shown.

No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy.

Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

/s/ NWAMAKA ANOWI, CLERK