# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: United States v. DeMarinis (No. 26-1878)

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

United States v. Koski (No. 26-2002)
United States v. Warner (No. 26-2262)

These cases raise questions about the interpretation of the Civil Rights Act of 1960, 52 U.S.C. 20701 et seq., and the Department of Justice's demands for statewide voter registration lists under that statute.

Signature: /s/ Ronald D. Coleman    Counsel for: Liberty Legal Foundation

Date: 11/20/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)